UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

PANHANDLE EASTERN PIPE LINE
COMPANY, LP,

    Plaintiff,

v.

PIPELINE AND HAZARDOUS
MATERIALS SAFETY
ADMINISTRATION, et al.,

    Defendants.

No. 1:25-CV-013-H

## ORDER

Before the Court is Panhandle Eastern Pipe Line Company, LP's complaint. Dkt. No. 1. The complaint's caption lists the Amarillo Division of the Northern District of Texas. *Id.* at 1. But the plaintiff mistakenly filed in the Abilene Division. 28 U.S.C. § 1406(a) states that "[t]he district court of a district in which is filed a case laying venue in the wrong division . . . shall . . . if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Accordingly, the Court orders that the Clerk of Court transfer this case to the United States District Court for the Northern District of Texas, Amarillo Division.

So ordered on January 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE